IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                                                PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:09cv134DPJ-JCS

HARRY W. GRAVES
a/k/a HARRY WILLIAMS GRAVES                                DEFENDANT

ORDER OF DISMISSAL

This cause came on for consideration on motion (docket #5) of the United States to dismiss this case against Harry W. Graves, Defendant, without prejudice, on the grounds that Defendant cannot be found in the Southern District of Mississippi, as shown by the return of the United States Marshal filed in this cause(docket #4).

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case be and the same is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2009.

                                               s/ *Daniel P. Jordan III*
                                               UNITED STATES DISTRICT JUDGE